UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARK THOMAS MYERS,<br><br>　　　　　　　Defendant. | CASE NO: 3:13-cr-00023-LRH-VPC<br><br>ORDER |

　　　Based upon the binding plea agreement entered into by the parties, the Court's acceptance of that plea agreement, the defendant's guilty plea, and sentencing of the defendant by the United States Magistrate Judge, and good cause appearing, therefore,

　　　IT IS ORDERED that Count One of the superseding indictment shall be DISMISSED with prejudice.

　　　DATED this __12th__ day of February, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1